Leonard C. Jacoby (LJ 6319)
**KIRKLAND & ELLIS**
Citicorp Center
153 East 53rd Street
New York, New York 10022
(212) 446-4800

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

ALAN B. AMRON.,

    Pro Se Plaintiff

v.

3M (MINNESOTA, MINING
& MANUFACTURING)

    Defendant

---

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D. N.Y.
LONG ISLAND OFFICE

★ JAN 2 6 1998 ★

P.M. _____
TIME A.M. _____

97 Civ. 7281 (TCP)

**NOTICE OF DISMISSAL**
**WITH PREJUDICE**

Notice is hereby given that the parties have stipulated and agreed that all of the claims brought by pro se Plaintiff Alan B. Amron against Defendant 3M may be and hereby are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), with each party to bear its own costs.

Dated: January 22, 1998

_____
Alan B. Amron
77 Horton Place
Syosset, New York 11791
(516) 692-2830
*Pro Se Plaintiff*

Respectfully submitted,

_____
Leonard C. Jacoby (LJ 6319)
KIRKLAND & ELLIS
Citicorp Center
153 East 53rd Street
New York, New York 10022
(212) 446-4800
*Attorneys for Defendant*

Of Counsel:

William A. Streff, Jr.
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

SO ORDERED: _____ 1/26/98
      U.S. District Judge