UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80125-CIV-COHN/SELTZER

ALAN AMRON,

    Plaintiff,

vs.

3M MINNESOTA MINING &
MANUFACTURING COMPANY, et al.,

    Defendants.

_____/

### ORDER REGARDING EARLY DISPOSITIVE AND RELATED MOTIONS

**THIS CAUSE** is before the Court on the following motions:

1. Plaintiff's Motion for Summary Judgment on Counts Three and Four of the Complaint [DE 6];

2. Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) [DE 8];

3. Defendants' Motion for Extension of Time to Respond to Plaintiff's Motion for Partial Summary Judgment [DE 13]; and

4. Plaintiff's Motion for Leave to File a First Amended Complaint [DE 15].

The Court has considered these motions, the record in this case and is otherwise advised in the premises. Upon consideration, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Leave to File a First Amended Complaint [DE 15] is **GRANTED**. Plaintiff shall file his Amended Complaint on or before March 2, 2016.

2. In light of the forthcoming Amended Complaint, Defendants' Motion to Dismiss [DE 13] is **DENIED as moot**.

3. Plaintiff's Motion for Partial Summary Judgment [DE 6] is **DENIED without prejudice** for failure to comply with this Court's Local Rules.  Local Rule 56.1(a) requires that "[a] motion for summary judgment and the opposition thereto shall be accompanied by a statement of material facts as to which it is contended there does not exist a genuine issue to be tried."  Further, this statement must "[b]e supported by specific references to pleadings, depositions, answers to interrogatories, admissions, and affidavits on file with the Court."  Local Rule 56.1(a)(2).  Finally, Local Rule 7.1(a) requires parties to incorporate a memorandum of law into their motions.  A party may not file the legal memorandum as a separate document.

4. Defendants' Motion for Extension of Time to Respond to Plaintiff's Motion for Partial Summary Judgment [DE 13] is **DENIED as moot**.  If Plaintiff again moves for summary judgment and Defendants still require additional time, Defendants may file another appropriate motion.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of February, 2016.

JAMES I. COHN
United States District Judge

Copies provided to Counsel of Record via CM/ECF and to pro se Plaintiff via U.S. Mail to address on file.