UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

FILED BY ___ D.C.
APR 21 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

CASE NO.: 16-8015-CV-Cohn/Seltzer

ALAN AMRON Pro se

        Plaintiff,

v.

3M MINNESOTA MINING & MANUFACTERING
COMPANY AND ARTHUR FRY

        Defendants.

_____/

### PLAINTIFFS' JOINDER OF PARTIES, AMENDMENT OF PLEADINGS, AND MOTIONS FOR CLASS CERTIFICATION AS PER THIS COURTS SCHEDULING ORDER DATE OF BY APRIL 29, 2016 DOC 23

Plaintiff Alan Amron hereby files this Joinder Of Parties, Amendment of Pleadings, and Motions for Class Certification as per this Courts Scheduling order date of April 29, 2016 (Doc 23) as follows:

1- As the Defendants' Counsel had notified Plaintiff and this Court in their footnotes of their pleadings, the proper named Defendant company in this action is **"3M Company"** therefore I wish to change the "3M Minnesota Mining & Manufacturing Company" named Defendant to **"3M Company"** as a corrected Defendant here. Fed. R. Civ. Procedure 20 (a)(2)(A) Name correction.

2- As the Defendants' false and misleading public statements to the press and media have included and are common to one "**Spencer Silver**" named as co inventor with Arthur Fry of the Press n' peel in 1977, and the Post-it note in 1980 and he was inducted into the inventors hall of fame for lying about his inventorship along with the named individual Defendant "**Arthur Fry**", I therefore wish to add Mr. "**Spencer Silver**" as an individual and personally as an additional named Defendant along with Arthur Fry in this action. Fed. R. Civ. Procedure 20 (a)(2)(A) common to all Defendants.

*"... The only inventors of Post-it Notes, **Spencer Silver and Art Fry**, were inducted into the National Inventors' Hall of ... "* The 3M Company

3- Since the Defendants' made a second Motion To Dismiss, and the Plaintiff had timely Opposed that Motion, Plaintiff requests a one week extension of time to Amend his Complaint if needed from the Courts Scheduling Order date of by April 29, 2016 to May 6, 2016. Fed. R. Civ. Procedure 6 (b) extend time for good cause.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully asks that this Court correct named Defendant "3M Minnesota Mining & Manufacturing Company" to "**3M COMPANY**" as a named Defendant, and add "**SPENCER SILVER**" (as an individual and personally) as an additional named Defendant along with the already named individual Defendant "**ARTHUR FRY**" in this case, and extend the Courts Scheduling Order (Doc 23) date for Amended Pleadings of by April 29, 2016 (one week) to May 6, 2016 for leave to Amend the Complaint and or Pleadings if needed.

Date: April 21st, 2016                     Respectfully submitted,

*[signature: Alan Amron]*

**Alan Amron**, Pro se Plaintiff
255 Evernia Street   #622
West Palm Beach, Florida 33401
(305) 343-7480 phone
(347) 402-0194 fax
alanamron@yahoo.com

**DEFENDANTS:**
MARK. A ROMANCE
Florida Bar No. 021520
E-mail: mromance@richmangreer.com
GEORGIA A. THOMPSON
Florida Bar No. 100181
E-mail: gthompson@richmangreer.com
RICHMAN GREER, P.A.
396 Alhambra Circle
North Tower, 14th Floor
Miami, FL 33134
Telephone: (305) 373-4000
Facsimile: (305) 373-4099
COUNSEL FOR 3M COMPANY AND
ARTHUR FRY

## CERTIFICATE OF SERVICE

I hereby certify that on this day April 21, 2016, I served the attached true and correct documents to the Defendants listed below. A True and Correct Copy of this "PLAINTIFFS' JOINDER OF PARTIES, AMENDMENT OF PLEADINGS, AND MOTIONS FOR CLASS CERTIFICATION AS PER THIS COURTS SCHEDULING ORDER DATE OF BY APRIL 29, 2016 (DOC 23)" was served upon Defendants listed below by digital email service, as agreed:

DATED: This 21st day of April 2016

*/s/ Alan Amron*

**Alan Amron**, Pro se Plaintiff
255 Evernia Street   #622
West Palm Beach, Florida 33401
(305) 343-7480 phone
(347) 402-0194 fax
alanamron@yahoo.com

**DEFENDANTS:**

MARK. A ROMANCE
Florida Bar No. 021520
E-mail: mromance@richmangreer.com
GEORGIA A. THOMPSON
Florida Bar No. 100181
E-mail: gthompson@richmangreer.com
RICHMAN GREER, P.A.
396 Alhambra Circle
North Tower, 14th Floor
Miami, FL 33134
Telephone: (305) 373-4000
Facsimile: (305) 373-4099
COUNSEL FOR 3M COMPANY AND
ARTHUR FRY

4